IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFF BLUNTSON,

        Plaintiff,

v.                                                                           4:05cv134-WS

LT. A.B. ROSS, et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed April 26, 2005. See Doc. 6. The magistrate judge recommends that the plaintiff's complaint be dismissed for failure to state a claim. The plaintiff filed a response (doc. 7) to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are hereby DISMISSED for failure to state a claim.

3.  The clerk is directed to enter judgment of dismissal and to note on the docket that this case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this May 24, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE